IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**EDWINA BRIGGS-SMITH,**                                                              **PLAINTIFF**

v.                              Case No. 4:24-cv-00234 KGB

**LM GENERAL INSURANCE COMPANY,**                                          **DEFENDANT**

## ORDER

Before the Court is the parties' stipulation for dismissal (Dkt. No. 14). The stipulation accords with the terms of Federal Rule of Civil Procedure 41. For good cause shown, the Court adopts the stipulation for dismissal. All claims and counterclaims in this action are dismissed with prejudice, with each party to bear his and its own costs. The Court denies as moot all pending motions (Dkt. No. 11).

It is so ordered this 5th day of July, 2024.

_____
Kristine G. Baker
Chief United States District Judge